

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable M. O. Flowers
Secretary of State
Austin, Texas

Dear Sir:                    Attention: Mr. Will Mann Richardson

Opinion No. O-2801
Re: Admissibility of units of the
Texas State Life Underwriters as
property for payment of capital
stock.

This will acknowledge receipt of your letter of
October 3, 1940, in which you seek an opinion of this De-
partment upon the question of whether or not you should ap-
prove an amendment to the charter of the Texas Guarantors,
Inc., whereby the capital stock of such company is being
increased from $500.00 to $15,500.00, wherein one-half of
the said $15,000.00 increase in capital stock is to be paid
with the transfer to the corporation of 750 units of the
Texas State Life Underwriters, an unincorporated associa-
tion.

We quote from your letter as follows:

"In your recent opinion No. O-2544-A in regard to
a contract for 'Texas Guarantors', you have held that
such a contract was too speculative to be considered
as property within the meaning of the Constitution
and the Statutes.

"We have now been furnished with an application
for an amendment to the charter of 'Insurance Invest-
ment Corporation'. The amendment increases the capi-
tal stock from $500.00 to $15,500.00. One-half of the
increase of $15,000.00, or $7,500.00, is shown to have

been paid in with the transfer to the corpora-
tion of 750 units of 'Texas State Life Underwriters',
an unincorporated association at Dallas which has
the general agency contract for the 'Texas State Life
Insurance Company' at Dallas.

"On the basis of your previous opinion, we held
that these units were too speculative to be considered
as property for the capital stock. The president of
the corporation, however, has asked that we write and
submit to you evidence as to the value of these units,
and ask for a specific opinion as to whether they can
be considered as property in this case. We are, there-
fore, handing you the following instruments:

"1. Assignment of Stock Certificates.
2. Specimen copy of one of the certificates.
3. A statement from the treasurer-auditor of
   the corporation as to the dividend payments
   of these units.
4. Financial Statement of the Texas State Life
   Insurance Company.
5. A statement as to the potential profits of
   the company selling bonds for the life insur-
   ance company.

"We would appreciate your usual prompt attention
to this matter, and we ask that you return the enclosed
instruments with your opinion."

We have carefully considered the above mentioned in-
struments attached to your inquiry, and believe that our Opin-
ions Nos. C-2544 and O-2544-A addressed to the Secretary of
State and called to your attention are applicable to and con-
trol the question here under consideration. Therefore, you
are respectfully advised that it is the opinion of this Depart-
ment that the above mentioned units are not admissible as pro-
perty for payment of capital stock in the above mentioned corpor-
ation.

The above mentioned instruments are herewith returned.

Honorable M. O. Flowers, Page 3


        Trusting that the foregoing fully answers your
inquiry, we are

                        Yours very truly
                    ATTORNEY GENERAL OF TEXAS

                By      *Ardell Williams*

                        Ardell Williams
                            Assistant


AW:BBB

ENCLOSURES

        APPROVED OCT 17, 1940
        *Gerald C. Mann*

    ATTORNEY GENERAL OF TEXAS